B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)  Case Number **14–43287**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/3/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors —— Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Felicia Tims
934 N. Waller, Apt. Z
Chicago, IL 60651

| | |
|---|---|
| Case Number:  14–43287<br>Office Code:   1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–2195 |
| Attorney for Debtor(s) (name and address):<br>Marcie C Venturini<br>Robert J. Semrad & Associates, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603<br>Telephone number: 312 913–0625 X1156 | Bankruptcy Trustee (name and address):<br>Andrew J Maxwell ESQ<br>Maxwell & Potts, LLC<br>105 West Adams Street<br>Suite 3200<br>Chicago, IL 60603<br>Telephone number: 312 368–1138 |

## Meeting of Creditors:
Date: **January 7, 2015**           Time: **03:00 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

**Presumption of Abuse under 11 U.S.C. § 707(b)**
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

**Deadlines:**
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 3/9/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Creditors May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday – Friday 8:30 AM –4:30 PM | Date: December 4, 2014 |

**EXPLANATIONS**     B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-43287-CAD
Felicia Tims                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: nbatson              Page 1 of 1          Date Rcvd: Dec 04, 2014
                              Form ID: b9a               Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2014.
db           +Felicia Tims,   934 N. Waller, Apt. Z,   Chicago, IL 60651-2649
22692796     +American Home Mtg Svci,   Ahmsi / Attention: Bankruptcy,   Po Box 631730,
               Irving, TX 75063-0002
22692797     +City of Chicago Parking Tickets,   333 South State Street Rm 540,   Chicago, IL 60604-3951
22692799     +Credit Cntrl,   5757 Phantom Dr.,   Hazelwood, MO 63042-2429
22692803     +Ginnys/Swiss Colony Inc,   Attn: Bankruptcy,   1112 7th Ave,   Monroe, WI 53566-1364
22692805     +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
22692808     +Montgomery Ward,   1112 7th Ave,   Monroe, WI 53566-1364
22692809     +Norwegian American Hospital,   1782 Momentum Pl,   Chicago, IL 60689-5317
22692810      Payments MD,   PO Box 3475,   Toledo, OH 43607-0475
22692812     +Stellar Recovery Inc,   4500 Salisbury Rd Ste 10,   Jacksonville, FL 32216-8035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: mventurini@robertjsemrad.com Dec 05 2014 01:21:15     Marcie C Venturini,
               Robert J. Semrad & Associates, LLC,   20 S. Clark Street, 28th Floor,   Chicago, IL  60603
tr           +EDI: QAJMAXWELL.COM Dec 05 2014 00:58:00      Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,
               105 West Adams Street,   Suite 3200,   Chicago, IL 60603-6209
22692798     +E-mail/Text: legalcollections@comed.com Dec 05 2014 01:24:27     ComEd,   3 Lincoln Center,
               Attn: Bankruptcy Section,   Oakbrook Terrace, IL 60181-4204
22692800      EDI: DIRECTV.COM Dec 05 2014 00:58:00      Direct TV,   PO Box 9001069,   Louisville, KY 40290
22692801     +E-mail/Text: bknotice@erccollections.com Dec 05 2014 01:23:07     Enhanced Recovery Corp,
               Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
22692802     +EDI: RMSC.COM Dec 05 2014 00:58:00      GECRB/JC Penny,   Attention: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
22692804     +EDI: IIC9.COM Dec 05 2014 00:58:00      IC System,   Attn: Bankruptcy,
               444 Highway 96 East; Po Box 64378,   St. Paul, MN 55164-0378
22692811     +EDI: CBSRUSHMEDCTR.COM Dec 05 2014 00:58:00      Rush Oak Park Hospital,
               1700 W. Van Buren, Suite 161,   Chicago, IL 60612-3228
22692813     +EDI: WTRRNBANK.COM Dec 05 2014 00:58:00      Td Bank Usa/targetcred,   Po Box 673,
               Minneapolis, MN 55440-0673
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22692806*    +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
22692807*    +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2014 at the address(es) listed below:
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Marcie C Venturini    on behalf of Debtor Felicia  Tims mventurini@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3